IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARTIS LISBON,

   Petitioner,

    v.

DR. DREW
WARDEN, USP ATLANTA,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-721-TWT

**ORDER**

This is a pro se habeas corpus action by a federal prisoner who challenges his BOP designation. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 1 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Lisbon\r&r.wpd